CAREY, STATE'S ATTORNEY OF COOK COUNTY,
ILLINOIS *v.* WYNN ET AL.

No. 78–229.   Decided October 16, 1978*

PER CURIAM.

A three-judge District Court entered a declaratory judgment holding unconstitutional certain sections of the Illinois Abortion Act of 1975, Ill. Rev. Stat., ch. 38, § 81–21 *et seq.* (Supp. 1976). *Wynn* v. *Scott,* 449 F. Supp. 1302 (ND Ill. 1978). The District Court assumed that Illinois prosecutors would recognize and abide by the declaratory judgment and denied plaintiffs' request for injunctive relief. *Id.,* at 1331.

The appeals from the declaratory judgment invalidating certain provisions of the statute are dismissed for want of jurisdiction. Title 28 U. S. C. § 1253, the jurisdictional statute under which these appeals are taken, does not authorize an appeal from the grant or denial of declaratory relief alone. *Gerstein* v. *Coe,* 417 U. S. 279 (1974). The declaratory judgment is appealable to the Court of Appeals, and we are informed that appeals to that court have been taken.

*Appeals dismissed.*

MR. JUSTICE STEVENS took no part in the consideration or decision of these cases.

---

*Together with No. 78–239, *Diamond* v. *Wynn et al.,* also on appeal from the same court.